## People of the State of Illinois, Defendant in Error, v. Louis F. O'Riordan, Plaintiff in Error.

**Gen. No. 47,459.**

First District, First Division.

March 23, 1959.

Released for publication May 13, 1959.

Thomas J. Maloney, and Stephen Lee, for plaintiff in error; Benjamin S. Adamowski, State's Attorney (Francis X. Riley, William L. Carlin, Assistant State's Attorneys, of counsel) for defendant in error. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.